JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CUONG THANH NGO,

               Petitioner,

    v.

MARKWAYNE MULLIN, *et al.*,[1]

               Respondents.

Case No. 5:26-cv-01948-SVW-RAO

**JUDGMENT**

Pursuant to the Order Dismissing Petition as Moot, IT IS ADJUDGED that the Petition is denied, and the action is dismissed with prejudice.

DATED: July 2, 2026

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Markwayne Mullin, the Secretary of the Department of Homeland Security, is hereby substituted as Respondent.